UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Law Office of Mike Assad, P.C.**
**Michael I. Assad**
**923 Haddonfield Rd Ste 336**
**Cherry Hill, NJ 08002-2752**
**Phone: (609) 808-3300**
**Email: mike@assad.law**
**Bar Number: 330937**
**Attorney for Debtor**

In Re:

Holts, Tiele Nicole

| | |
|---|---|
| Case No.: | **26-18071** |
| Chapter: | **7** |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | |

## CERTIFICATION OF SERVICE

1. I, Michael I. Assad :

☑ represent Tiele Nicole Holts in this matter.

☐ am the secretary/paralegal for ____________, who represents ____________ in this matter.

☐ am the ____________ in this case and am representing myself.

2. On 08/17/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
**- Notice of Chapter 7 Bankruptcy Case**
**- Order Respecting Amendment to Schedules**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **08/17/2026**

**/s/ Michael I. Assad**
Michael I. Assad
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **T-Mobile**<br>**Attn: Bankruptcy**<br>**PO Box 53410**<br>**Bellevue, WA 98015** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |